**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: 11/28/2022

**SUN,** *individually and on behalf of all others similarly situated*, **ET AL.,**

                **Plaintiffs,**

-against-

**TAL EDUCATION GROUP, ET AL.,**

                **Defendants.**

**22-cv-1015 (ALC)**

**ORDER**

**ANDREW L. CARTER, United States District Judge:**

      The Court is in receipt of the Defendant's letter motion requesting a pre-motion conference regarding leave to file a motion to dismiss Plaintiff's Amended Complaint. ECF No. 51. The Plaintiff is hereby **ORDERED** to file a response letter by **Monday, December 5, 2022**.

**SO ORDERED.**

Dated:   November 28, 2022
            New York, New York

*/s/ Andrew L. Carter, Jr.*

                                          **ANDREW L. CARTER, JR.**
                                          **United States District Judge**