**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**

---------------------------------------------------------- x

**SUN,**

**Plaintiff,**

**-against-**

**TAL EDUCATION GROUP, et al,**

**Defendants.**

---------------------------------------------------------- x

**22-cv-1015**

**ORDER TERMINATING CASE**

**ANDREW L. CARTER, JR., United States District Judge:**

The Court's Opinion and Order dated September 29, 2026, granted Defendant's Motion to Dismiss. ECF No. 116. Plaintiff has stated that they will not file a further amended complaint. ECF No. 122. This action is therefore DISMISSED with prejudice. The Clerk of Court is respectfully directed to close the case.

**SO ORDERED.**

**Dated**: November 20, 2026
New York, New York

**ANDREW L. CARTER, JR.**
**United States District Judge**